## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**BARBARA BALFOUR, et al.**,

                    **Plaintiff,**

**v.**

                                        Case No. 2:05-CV-2086-KHV-DJW

**MEDICALODGES, INC.,**
                    **Defendant.**

## ORDER OF DISMISSAL

On the 31st day of January, 2007, a Stipulation of Dismissal (Doc. # 232) having been filed

pursuant to Fed. R. Civ. P. 41(a)(1)(ii),

IT IS ORDERED that the above-captioned matter be, and is hereby dismissed, and that each

party shall bear her or its own costs herein.

Dated February 7, 2007.

                                        s/ Kathryn H. Vratil
                                        Kathryn H. Vratil
                                        United States District Court Judge

4827-8171-6225.1